IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EVAN C. WILHELM,

    Petitioner,

v.                                                          4:19cv572–WS/HTC

RICKY DIXON, as Secretary of the
Florida Department of Corrections,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 23) docketed May 2, 2022. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 23) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation is due to be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed

to demonstrate that he is entitled to relief under 28 U.S.C. § 2254. The court is nonetheless sympathetic with Petitioner's request for a certificate of appealability as to Grounds One and Two of his amended habeas corpus petition. As argued by Petitioner, reasonable jurists might disagree as to whether counsels' deficient performance was prejudicial to Petitioner.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 20) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 8) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is GRANTED as to the issues raised in Counts One and Two of Petitioner's amended habeas petition.

DONE AND ORDERED this __13th__ day of __May__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE.